**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ROSETTA PURCELLA,

    Plaintiff,

vs.                           1:15-cv-359-KG-KK

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY and KRISTA SANCHEZ,

    Defendants.

**ORDER OF DISMISSAL**

    THIS MATTER having come before the Court upon the Motion of the Defendants

Allstate Property and Casualty Insurance Company and Krista Sanchez, for a Dismissal with

Prejudice, and the Court having considered said Motion, and noting the concurrence of counsel,

FINDS that the Motion is well taken and should be granted.

    IT IS THEREFORE ORDERED that the Complaint of Rosetta Purcella against

Defendants Allstate and Sanchez, be, and the same is hereby dismissed with prejudice with each

party to bear their own costs and attorneys' fees.

                                  _____
                                  UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone
Stephen M. Simone
On behalf of Allstate in the extra-contractual claims

Bruce S. McDonald
Attorney for Plaintiff

James D. Green
On behalf of Allstate on the contractual claims